IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STATE OF FLORIDA,

       Petitioner,

v.

JONTEZ ANDERSON,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5409

Opinion filed May 3, 2017.

Petition for Writ of Certiorari.

Pamela Jo Bondi, Attorney General, and Tayo Popoola, Assistant Attorney General, Tallahassee, for Petitioner.

Candice K. Brower, Criminal Conflict & Civil Regional Counsel, and Stacy S. Sharp, Assistant Regional Conflict Counsel, Tallahassee, for Respondent.

PER CURIAM.

       DENIED.

WETHERELL, OSTERHAUS, and M.K. THOMAS, JJ., CONCUR.